UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDRIX FREEMAN,

    Plaintiff,

vs.

CALIBER HOME LOANS, INC.,

    Defendant.

_____/

CASE NO.  1:17-cv-00061-MW-GRJ

## NOTICE OF SETTLEMENT

Plaintiff, Lindrix Freeman, and Defendant, Caliber Home Loans, Inc. (collectively the "Parties") by and through their respective undersigned counsel, give notice that a settlement has been reached in in this matter.  Accordingly, the Parties respectfully request this Court enter an Order staying all pending deadlines. The Parties anticipate full consummation of the settlement within the next thirty (30) days, at which time a Stipulation for Dismissal and proposed order granting same will be submitted to the Court.

[*Signature Blocks Follow*]

Case No.: 1:17-cv-00061-MW-GRJ

Respectfully submitted this May 1, 2017.

| | |
|---|---|
| By: */s/ Nicholas Michael Murado*<br>Nicholas Michael Murado, Esq.<br>Florida Bar No. 102769<br>*muradolaw@gmail.com*<br>Murado Law, P.A.<br>2010 S.W. 99th Avenue<br>Miramar, Florida, 33025<br>Telephone: (754) 816-2196<br>*Counsel for Plaintiff* | By: */s/ Angelica M. Fiorentino*_____<br>Angelica M. Fiorentino, Esq.<br>Florida Bar No.: 85886<br>*afiorentino@bakerdonelson.com*<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, PC<br>SunTrust Center<br>200 South Orange Avenue<br>Post Office Box 1549<br>Orlando, FL 32802-1549<br>Telephone: (407) 422-6600<br>Telecopier: (407) 841-0325<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Settlement was filed electronically and was sent by e-mail via the CM/ECF system, unless otherwise noted below, on all counsel or parties of record listed below, this May 1, 2017.

Nicholas Michael Murado
Murado Law, P.A.
2010 S.W. 99th Avenue
Miramar, Florida, 33025
Telephone: 754-816-2196
E-mail: muradolaw@gmail.corn
*Counsel for Plaintiff*

By: */s/ Angelica M. Fiorentino*
     Angelica M. Fiorentino