UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| LINDRIX FREEMAN, | } | Case No. 1:17-cv-61 |
| PLAINTIFF | } | |
| | } | |
| v. | } | |
| | } | |
| CALIBER HOME LOANS, INC., | } | |
| DEFENDANT | } | |
| _____/ | | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Lindrix Freeman and Caliber Home Loans, Inc., by and through undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice and stipulate that this matter is settled; that the parties agree that the case shall be dismissed with prejudice with each party to bear its own fees and costs; and that the parties request the court enter an order saying same.

Respectfully submitted this 25th day of May, 2017,

**[Signature blocks on Page 2]**

**Plaintiff's attorney:**
/s/ Nicholas Michael Murado
Nicholas Michael Murado
Florida Bar # 102769
Murado Law, P.A.
2010 S.W. 99th Avenue
Miramar, Florida, 33025
Telephone: 754-816-2196
E-mail: muradolaw@gmail.com

**Defendant's attorney:**

/s/ Angelica M. Fiorentino_____
Angelica M. Fiorentino, Esq.
Florida Bar No.: 85886
afiorentino@bakerdonelson.com
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, FL 32802-1549
Telephone: (407) 422-6600
Telecopier: (407) 841-0325

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and was sent by e-mail via the CM/ECF system, unless otherwise noted below, on all counsel or parties of record listed below, this May 25, 2017.

- Angelica M. Fiorentino Afiorentino@bakerdonelson.com, counsel for Defendant.