IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LINDRIX FREEMAN,**

    **Plaintiff,**

**v.**                                                    **Case No. 1:17cv61-MW/GRJ**

**CALIBER HOME LOANS, INC.,**

    **Defendant.**

_____/

## ORDER CLOSING FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 10. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on May 25, 2017.**

                                                  s/Mark E. Walker           \_\_\_\_
                                                  **United States District Judge**